# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143282

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EDWARD MULARCZYK,
           Plaintiff-Appellee,

v

DAMICO CONTRACTING, INC., and
SECURA INSURANCE COMPANY,
           Defendants-Appellants.

SC: 143282
COA: 300784
WCAC: 08-000052

_____/

      On order of the Court, the application for leave to appeal the May 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919